UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELIO GAMEZ,

Plaintiff,

v.

COUNTY OF FRESNO,

Defendant.

Case No. 1:26-cv-00297-KES-EPG

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

(ECF No. 25)

Defendant County of Fresno (Defendant) removed this case to this Court on January 14, 2026. (ECF No. 1). Plaintiff Elio Gamez's underlying state court complaint alleges civil rights and negligence claims against Defendant and Does 1-10 stemming from Defendants' alleged failure to provide Plaintiff medical care and retaliation against him. (ECF No. 1-1 at 3, 6-8). Plaintiff filed a first amended complaint on May 5, 2026. (ECF No. 22).

Before the Court is Plaintiff's Motion for Leave to file a Second Amended Complaint (ECF No. 25). In the motion, Plaintiff's counsel states that upon his client's release from prison on May 18, 2026, he was able to provide counsel with names of previously unnamed DOE correctional officers who were allegedly involved in the alleged incidents set forth in the First Amended Complaint. (*Id.* at 2). Additionally, Plaintiff seeks to add Wellpath and an unknown physician to his claims. (*Id.*). Defendant County of Fresno filed a statement of non-opposition on July 14, 2026. (ECF No. 26).

Courts "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). "[T]his policy is to be applied with extreme liberality." *Morongo Band of Mission*

*Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990); *see also Waldrip v. Hall*, 548 F.3d 729, 732 (9th Cir. 2008). "However, liberality in granting leave to amend is subject to several limitations. Those limitations include undue prejudice to the opposing party, bad faith by the movant, futility, and undue delay." *Cafasso, U.S. ex rel. v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1058 (9th Cir. 2011) (citations and internal quotation marks omitted); *see also Waldrip*, 548 F.3d at 732.

In light of Plaintiff's filing and Defendant's non-opposition to the filing, and good cause thus appearing, the Court shall grant Plaintiff leave to file a second amended complaint. The Court finds no bad faith by Plaintiff, nor undue delay, as Plaintiff provided the information upon his recent release from prison. (ECF No. 25 at 2). Moreover, as Defendant does not oppose the filing of a second amended complaint, the Court finds no undue prejudice to the opposing party.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 25) is GRANTED.
2. Plaintiff shall file the Second Amended Complaint no later than July 21, 2026.

IT IS SO ORDERED.

Dated: **July 14, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE