**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| ELIO GAMEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, ET AL.,<br><br>Defendants. | Case No. 1:26-cv-00297-KES-EPG<br><br>District Judge: Kirk E. Sheriff<br>Magistrate Judge: Erica P. Grosjean<br><br>**JOINT REQUEST AND STIPULATION TO CONTINUE INITIAL DISCLOSURES DUE DATE AND ORDER**<br><br>**(ECF No. 44)**<br><br>Complaint Filed: 12/08/25<br>Removal: 01/14/26<br>Trial Date: 06/27/28 |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED by Plaintiff ELIO GAMEZ ("plaintiff"); defendants COUNTY OF FRESNO, CORPORAL SANCHEZ, OFFICER TOONE, and OFFICER JACKSON ("County defendants") and defendant WELLPATH, LLC for the purpose of jointly requesting the Honorable Court modify its scheduling order by extending the due date for the parties to serve Initial Disclosures. E.D. Cal. Local Rule 144(a).

**<u>GOOD CAUSE STATEMENT.</u>**

1. The parties hereby stipulate to **continue the Initial Disclosures due date from November 1, 2026, to November 16, 2026.**

2. On October 27, 2026, this Court conducted a scheduling conference. Counsel for County defendants and plaintiff both appeared telephonically. The same day, this Court set a

schedule for this action. (Doc. 43) Fed. R. Civ. P. 14(b). Notably, setting the Initial Disclosures due date on Sunday, November 1, 2026.

3. On October 29, 2026, counsel for the parties met and conferred and agreed that more than five days were needed to compile and exchange full and complete Initial Disclosures. Also, the current due date falls on a Sunday, which is uncommon.

4. Before the scheduling conference and before all the current parties appeared in this matter, on July 16, 2026, this Court granted a joint request and stipulation by plaintiff and the County to continue the scheduling conference that had been set on July 28, 2026. The continuance provided more time for the individually named County defendants to be served with a summons and file a responsive pleading to plaintiff's second amended complaint. Otherwise, this is the parties' first request to modify the scheduling order. (Doc. 43)

5. The extension should not interfere with any other due dates currently set in this matter, nor prejudice any individual party.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between plaintiff County defendants, and Wellpath, LLC by and through their undersigned counsel, subject to the approval of the Court, as follows:

1. The Initial Disclosures due date, currently on November 1, 2026, be extended to November 16, 2026, for all parties.

**IT IS SO STIPULATED.**

DATED: 10/30/26

Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Nichole Santiago
Mildred K. O'Linn
Nichole Santiago
Attorneys for Defendants, COUNTY OF FRESNO, CORPORAL SANCHEZ, OFFICER TOONE, and OFFICER JACKSON

DATED: 10/30/26

Respectfully submitted,

**MEDICAL DEFENSE LAW GROUP**

By: /s/ Greg T. Fayard
Paul A. Cardinale
Gregory T. Fayard
Subreen K. Sandhu
Attorneys for Defendant, WELLPATH, LLC

DATED: 10/30/26

Respectfully submitted,

**LAW OFFICES OF KEVIN G. LITTLE**

By: /s/ Kevin G. Little
Kevin G. Little
Michelle L. Tostenrude
Attorneys for Plaintiff, EMILIO GAMEZ

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Initial Disclosures are due on November 16, 2026.

IT IS SO ORDERED.

Dated: **November 2, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE